IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROSE CARE, INC.,                                                                    PLAINTIFF

v.                                              06-5076

GODWIN GRUBER, LLP and                                              DEFENDANTS
MICHAEL STEWART

O R D E R

    Comes on for consideration the motion to compel filed by Defendants on December 6, 2006 (Doc. 21). Plaintiff Rose Care, Inc. responded on December 22, 2006 (Doc. 23).

    At issue is the defendant's first set of interrogatories and the requests to verify the damages claimed by the Plaintiff. The interrogatories were objected to on the claim of attorney work product and an assertion that the plaintiff would produce witnesses at trial to testify as to damages.

    There appears to have been correspondence between the parties in November where the plaintiff provided some of the information requested by the Defendant (Doc 24, Attachment C) The information was in the form of two letters sent from the Plaintiff's attorney to the Defendant's attorney. There was no formal response to the Interrogatories made by the Plaintiff.

    The Plaintiff filed an additional response on January 4, 2007 which contained an attachment (Doc. 26) The attachment contained additional responses to the interrogatories.

    It appears that the Motion is now moot because the Plaintiff has now properly responded to the Interrogatories and for that reason the Motion is Denied. If there are further objections to the

Response filed by the Plaintiff the Defendant should file the proper Motion.

The Court will not assess attorney fees in favor of either party and finds that other circumstances make an award of expenses unjust. Fed. R. Civ. P. 37(a)(4)(A)

IT IS SO ORDERED this 9th day of January, 2007

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE