IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| ROSE CARE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Case No. 5:06-cv-05076 |
| GODWIN GRUBER, LLP and G. MICHAEL STEWART, | § | ECF |
| | § | |
| Defendants. | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO ALLOW HUGHES & LUCE LLP TO WITHDRAW AS COUNSEL FOR DEFENDANTS

Currently pending before the Court is Defendants' Motion to Allow Hughes & Luce LLP to Withdraw as Counsel for Defendants. Having considered the merits of the motion, the Court finds that the requested relief is warranted. Therefore, the Motion is GRANTED. Hughes & Luce LLP and Robert H. Mow, John E. Garda, and Paul W. Denney are hereby withdrawn as counsel for Defendants in this case.

SO ORDERED.

Signed this 4th day of May, 2007.

United States District Judge

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 04 2007

CHRIS R. JOHNSON, CLERK

BY
DEPUTY CLERK