IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROSE CARE, INC.                                                                                      PLAINTIFF

V.                             NO.  5:06-CV-05076-RTD

GODWIN GRUBER, LLP and
G. MICHAEL STEWART                                                                          DEFENDANT

O R D E R

Before the court is the Second Motion to Compel (Doc. 55) filed by GODWIN GRUBER, LLP and G. MICHAEL STEWART on May 16, 2007.  The Plaintiff ROSE CARE, INC. filed their Response (Doc. 60) on May 29, 2007.  The motion was set for a hearing before the court on June 8, 2007.

The court has been notified by the parties that the Plaintiff has complied with the discovery request and has requested that the court remove the hearing from the docket.  Accordingly the court finds the Second Motion to Compel is MOOT and the hearing is removed from the docket.

IT IS SO ORDERED this 6th  day of June 2007.

/s/ J. Marschewski
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE