```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

ROSE CARE, INC.                                              PLAINTIFF

    vs.                    CASE No. 06-5076

GODWIN GRUBER, LLP, et al                                   DEFENDANTS

### ORDER

Now on this 25th day of July, 2007, comes the Stipulation for Dismissal with Prejudice (doc. #65). The Court, being well and sufficiently advised, does hereby GRANT the stipulation for dismissal. Further, the Court dismisses the Plaintiff's Complaint and the Defendants' Counterclaim with prejudice.

    IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Robert T. Dawson
                              United States District Judge
```